IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONNIE CRAWFORD, )
       Petitioner, )
                       ) Civil Action No. 08-40 Erie
   v. )
WARDEN H.J. MARBERRY, )
       Respondent. )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on February 6, 2008 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's Report and Recommendation, filed on March 26, 2009 [19], recommends that the instant Petition for Writ of Habeas Corpus and Petitioner's subsequent "Motion to Grant Petitioner Immediate Release and or Order his Transfer to a Community Corrections Center" [15] be denied. The parties were allowed ten (10) days from the date of service in which to file objections. On April 27, 2009, a copy of the Report and Recommendation was mailed to Petitioner at his current address of record. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 22nd day of May, 2009;

IT IS HEREBY ORDERED that the instant Petition for Writ of Habeas Corpus and Petitioner's subsequent "Motion to Grant Petitioner Immediate Release and or Order his Transfer to a Community Corrections Center" [15] be, and hereby are, DENIED.

The Report and Recommendation of Chief Magistrate Judge Baxter, filed on March 26, 2009 [19], is adopted as the opinion of the Court.

    s/  Sean J. McLaughlin
       SEAN J. McLAUGHLIN
       United States District Judge

cm:   All parties of record
      Susan Paradise Baxter, Chief U.S. Magistrate Judge